**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Richard J. Loane <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-11820 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 1183

                                    Respectfully submitted,

                                    **/s/Joshua I. Goldman, Esquire**
                                    Joshua I. Goldman, Esquire
                                    Thomas Puleo, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406