United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11820-amc
Richard J Loane                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 2          Date Rcvd: Jan 26, 2017
                        Form ID: 152       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
```
db              Richard J Loane,    22 Cambridge Road,    Clifton Heights, PA  19018
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80921)
13695750       +CAPITAL ONE BANK,    1680 CAPITAL ONE DRIVE,    MCCLEAN, VA 22102-3407
13724200        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13731515       +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
13695752       +SHELL,    PO BOX 6406,    Sioux Falls, SD 57117-6406
13763309       +TIMOTHY ZEARFOSS ESQ.,    143-145 LONG LANE,    UPPER DARBY PA 19082-3116
13777090       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2017 01:55:49     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13777148        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2017 01:55:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13697592        E-mail/PDF: rmscedi@recoverycorp.com Jan 27 2017 01:55:32
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13695753       +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2017 01:55:13     SYNCHRONY FINANCIAL,
                 BANKRUPTCY DEPT,    PO BOX 965061,    Orlando, FL 32896-5061
                                                                                               TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13701938*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                 Detroit  MI  48255-0953)
13695751*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  FORD CREDIT - NATL BANKRUPTCY SVC CTR,    PO BOX 6275,
                 Dearborn, MI 48121)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                  Date Rcvd: Jan 26, 2017
                              Form ID: 152                 Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
     PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
    LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
     PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
    THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
     PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
    TIMOTHY  ZEARFOSS    on behalf of Debtor Richard J Loane tzearfoss@aol.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                      TOTAL: 8

Case 16-11820-amc    Doc 51    Filed 01/28/17    Entered 01/29/17 01:06:19    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard J Loane
    Debtor(s)

Case No: 16–11820–amc
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 3/28/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

50
Form 152