**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 16-11820 |
| RICHARD J. LOANE | : |
| Debtor. | : Chapter 13 |

**O R D E R**

AND NOW, this ____ day of _____, 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses for Timothy Zearfoss, Esquire, and upon Counsel for the Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on March 28, 2017, it is hereby ORDERED that:

1. The above-captioned case is hereby dismissed.

2. Pursuant to 11 U.S.C. Sec. 349(b)(3), the undistributed Chapter 13 plan payments in the possession of the trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Sec. 349(b)(3).

3. A hearing shall be held on _____, 2017, at _____ in Bankruptcy Courtroom No.5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. Sec. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for the debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before _____

BY THE COURT:

_____
J.