United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard J Loane
    Debtor

Case No. 16-11820-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 2    Date Rcvd: Mar 29, 2017
                Form ID: pdf900    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.
```
db              Richard J Loane,    22 Cambridge Road,    Clifton Heights, PA   19018
cr             ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO   80921)
13695750       +CAPITAL ONE BANK,    1680 CAPITAL ONE DRIVE,    MCCLEAN, VA 22102-3407
13724200        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
13731515       +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
13695752       +SHELL,    PO BOX 6406,    Sioux Falls, SD 57117-6406
13763309       +TIMOTHY ZEARFOSS ESQ,    143-145 LONG LANE,    UPPER DARBY PA 19082-3116
13777090       +U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE P,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 30 2017 02:08:16     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2017 02:07:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2017 02:08:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:55     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13777148        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2017 02:18:39
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13697592        E-mail/PDF: rmscedi@recoverycorp.com Mar 30 2017 01:56:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13695753       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2017 01:57:13     SYNCHRONY FINANCIAL,
                 BANKRUPTCY DEPT,    PO BOX 965061,    Orlando, FL 32896-5061
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13701938*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  Ford Motor Credit Company LLC,    Dept 55953,    P O Box 55000,
                 Detroit  MI  48255-0953)
13695751*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:  FORD CREDIT - NATL BANKRUPTCY SVC CTR,    PO BOX 6275,
                 Dearborn, MI 48121)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:
```
              HOWARD   GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
```

```
District/off: 0313-2          User: JeanetteG              Page 2 of 2                   Date Rcvd: Mar 29, 2017
                              Form ID: pdf900              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        TIMOTHY ZEARFOSS    on behalf of Debtor Richard J Loane tzearfoss@aol.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                      TOTAL: 8

```
          IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                           : BR NO. 16-11820
RICHARD J. LOANE                 :
     Debtor.                     : Chapter 13
```

### O R D E R

AND NOW, this  28th  day of  March , 2017, upon consideration of the Application for Compensation and Reimbursement of Expenses for Timothy Zearfoss, Esquire, and upon Counsel for the Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on March 28, 2017, it is hereby ORDERED that:

1. The above-captioned case is hereby dismissed.

2. Pursuant to 11 U.S.C. Sec. 349(b)(3), the undistributed Chapter 13 plan payments in the possession of the trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Sec. 349(b)(3).

3. A hearing shall be held on  April 25, 2017 , 2017, at  11:00 a.m. in Bankruptcy Courtroom No.5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. Sec. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for the debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  March 31, 2017 

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge