**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

| | |
|---|---|
| IN RE: | : BR NO. 16-11820 |
| RICHARD J. LOANE | : |
| Debtor. | : Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the Order dismissing debtor's case and setting deadline for applications for allowance of administrative expenses was served March 31, 2017 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee, all known creditors, and the debtor.

Date: 4/1/17                           /s/Timothy Zearfoss
                                       Timothy Zearfoss, Esquire