IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

```
IN RE:                            :  BR NO. 16-11820
RICHARD LOANE                     :
        Debtor.                   :  Chapter 13
```

**O R D E R**

AND NOW, this  25th  day of  April , 2016, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that additional compensation be paid to the applicant in the amount of $2825.00, for total compensation of $4325.00, in the above-captioned matter.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge